1 | SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
EDWARD OLSEN, CSBN 214150
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-6915
FAX: (415) 436-6927

7

8 | Attorneys for Defendants

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | SAN JOSE DIVISION          *E-FILED - 6/27/07*

12 | LEONID KORDONSKIY,                    )
                                          ) No. C 07-2087 RMW
13 |              Plaintiff,              )
                                          )
14 |         v.                           )
                                          )
15 | Department of Homeland Security, MICHAEL )   **STIPULATION TO DISMISS AND**
CHERTOFF, Secretary; United States Citizenship )   **[PROPOSED] ORDER**
16 | and Immigration Services, EMILIO T.   )
GONZALEZ, Director; United States Citizenship )
17 | and Immigration Services, ALFONSO AGUILAR,)
Chief; United States Citizenship and Immigration )
18 | Services, ROSEMARY MELVILLE, District  )
Director; U.S. Attorney General, ALBERTO )
19 | GONZALES; Federal Bureau of Investigation, )
ROBERT S. MUELLER, III, Director,      )
20 |                                       )
                 Defendants.            )
21 | _____ )

22 |     Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

23 | of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

24 | action without prejudice in light of the fact that the United States Citizenship and Immigration

25 | Services is now prepared to adjudicate plaintiff's application for naturalization and agrees to

26 | adjudicate such application within 30 days of the dismissal of this action.

27 |     Each of the parties shall bear their own costs and fees.

28 | ///

Stip. to Dismiss
C07-2087 RMW                          1

1  Date: June ___, 2007                    Respectfully submitted,

2                                          SCOTT N. SCHOOLS
                                           United States Attorney
3

4

5                                          EDWARD A. OLSEN
                                           Assistant United States Attorney
6                                          Attorneys for Defendants

7

8

9                                          _All fax signature_
   Date: June ___, 2007                    MONICA KANE
10                                         Attorney for Plaintiff

11
                                    **ORDER**
12
        Pursuant to stipulation, IT IS SO ORDERED.
13

14
   Date:  6/27/07                          _Ronald M. Whyte_
15                                         RONALD M. WHYTE
                                           United States District Judge
16

17

18

19

20

21

22

23

24

25

26

27

28

Stip. to Dismiss
C07-2087 RMW                    2

1  Date: June _____, 2007

Respectfully submitted,

2

3  SCOTT N. SCHOOLS
United States Attorney

4

5  _____
EDWARD A. OLSEN

6  Assistant United States Attorney
Attorneys for Defendants

7

8

9  Date: June __4__, 2007

_____
MONICA KANE
Attorney for Plaintiff

10

11  ORDER

12  Pursuant to stipulation, IT IS SO ORDERED.

13

14  Date:

15  _____
RONALD M. WHYTE
United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

Stip. to Dismiss
C07-2087 RMW

2